IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD S. ANDREWS, JR.                                                    PLAINTIFF

V.                          Case No. 4:24-CV-00455-JM-BBM

WELL PATH, *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1.      The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2.      The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE