IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD S. ANDREWS, JR.                                                                                PLAINTIFF

V.                                       Case No. 4:24-CV-00455-JM-BBM

WELL PATH, *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

Dated this 6th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE